```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20085
    MARIA M IRIZARRY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1500


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/29/2007 and was confirmed 02/04/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 06/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
MTGLQ INVESTOR LP          NOTICE ONLY      NOT FILED          .00            .00
MTGLQ INVESTORS LP         CURRENT MORTG         .00           .00            .00
MTGLQ INVESTORS LP         MORTGAGE ARRE    5508.30            .00         454.48
PORTFOLIO RECOVERY ASSOC   UNSECURED         627.55            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         567.52            .00            .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE         .00           .00            .00
CASHCALL                   UNSECURED        NOT FILED          .00            .00
CHICAGO POST OFFICE EMP    UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED         860.00            .00            .00
SECRETARY OF STATE         NOTICE ONLY      NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        6818.53            .00            .00
NICOR GAS                  UNSECURED        NOT FILED          .00            .00
PREMIER BANCARD CHARTER    UNSECURED         412.41            .00            .00
WOLPOFF & ABRAMSON LLP     UNSECURED        NOT FILED          .00            .00
ST JOSEPH HOSPITAL         UNSECURED         475.00            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY         1269.50            .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED         255.97            .00            .00
MELVIN J KAPLAN            DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                          39.52
DEBTOR REFUND              REFUND                                             .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                494.00

PRIORITY                                          .00
SECURED                                        454.48
UNSECURED                                         .00
ADMINISTRATIVE                                    .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 20085 MARIA M IRIZARRY
```

```
TRUSTEE COMPENSATION                                              39.52
DEBTOR REFUND                                                       .00
                                         ----------------  ----------------
TOTALS                                            494.00            494.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 09/24/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 07 B 20085 MARIA M IRIZARRY